UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ISITRO L. SANCHES,**

    **Petitioner,**

v.                                                                 Case No. 5:21cv8-TKW-HTC

**MARK S. INCH,** Secretary, Florida
Department of Corrections**,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed for lack of jurisdiction.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 8th day of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**